IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CRIMINAL NO. 15-153 |
| SHIRLEY J. McELHAUGH | : |

### ORDER

AND NOW, this 6 day of January, 2016, upon consideration of the government's motion to dismiss the indictment in the above-captioned case, it is hereby

**ORDERED**

that the government's motion is granted and the indictment is dismissed.

BY THE COURT:

_____
HONORABLE L. FELIPE RESTREPO
United States District Court